IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SUNQUEST PROPERTIES, INC. and
CARRIAGE HOUSE APARTMENTS PARTNERSHIP                    PLAINTIFFS

VS                                    CIVIL ACTION NO. 1:08-CV-687-LTS-RHW

NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY and
JOHN DOES 1-5                                                         DEFENDANTS

### NOTICE OF VIDEO DEPOSITION

You are hereby notified that Defendant Nationwide Property and Casualty Insurance Company, ("Nationwide"), will take the deposition of **Lewis Edward O'Leary, Jr.** beginning at 9:00 a.m. on Tuesday, October 6, 2009, and continuing as necessary to Wednesday, October 7, 2009, at the offices of SULLIVAN, STOLIER AND RESOR, APLC, 909 Poydras Street, Suite 2600, New Orleans, Louisiana 70112, 504-561-1044. The deposition may be recorded by sound, sound-and-visual, and/or stenographic means, and will continue from day to day until completed.

You are invited to attend and participate in accordance with the Federal Rules of Civil Procedure.

THIS, the 29th day of September, 2009.

                                Respectfully submitted,

                                **NATIONWIDE PROPERTY & CASUALTY
                                INSURANCE COMPANY, DEFENDANT**

                                By Its Attorneys,
                                **WATKINS LUDLAM WINTER & STENNIS, P.A.**

                                By:  */s/ Laura L. Hill*
                                     LAURA L. HILL
                                     lhill@watkinsludlam.com

3000196.1/09446.31688

H. Mitchell Cowan (MSB No.7734)
Laura Limerick Gibbes (MSB No. 8905)
Janet D. McMurtray (MSB No. 2774)
F. Hall Bailey (MSB No. 1688)
Christopher R. Shaw (MSB No. 100393)
Laura L. Hill (MSB No. 102247)
WATKINS LUDLAM WINTER & STENNIS, P.A.
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, MS  39205
Telephone: (601) 949-4900
Facsimile: (601) 949-4804

Of Counsel:
Daniel F. Attridge, P.C. (Bar No. 44644)
Kate S. O'Scannlain (Bar No. 45034)
Robert B. Gilmore (Bar No. 44997)
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, DC 20005
Tel:  (202) 879-5000
Fax: (202) 879-5200

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing using the Court's ECF system, which sent electronic notification of such filing to:

**Nathan M. Gaudet**
**Matthew K. Brown - PHV**
SULLIVAN, STOLIER AND RESOR, APLC
909 Poydras Street, Suite 2600
New Orleans , LA 70112
504/561-1044
Fax: 504/561-8606
Email: ngaudet@ssrlawfirm.com

This, the 29th day of September, 2009.

/s/ Laura L. Hill
LAURA L. HILL
lhill@watkinsludlam.com

3000196.1/09446.31688