**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**


**SUNQUEST PROPERTIES, INC., and**
**CARRIAGE HOUSE APARTMENTS PARTNERSHIP**                    **PLAINTIFFS**

**V.**                                        **CIVIL ACTION NO.1:08CV687 LTS-RHW**

**NATIONWIDE PROPERTY AND CASUALTY COMPANY, ET AL.**        **DEFENDANTS**


**ORDER**

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [131] of Nationwide Property and Casualty Company to strike the plaintiffs' designation of Lewis O'Leary as their representative in the appraisal process is hereby **DENIED**;

Plaintiffs' [196] Motion to File Affidavit of Lewis O'Leary is **GRANTED** (there is no need to re-file same, as it is already part of the record).

**SO ORDERED** this 11th day of December, 2009.


                                        s/ L. T. Senter, Jr.
                                        L. T. SENTER, JR.
                                        SENIOR JUDGE