# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**SUNQUEST PROPERTIES, INC.**                                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO.1:08CV687 LTS-RHW**

**NATIONWIDE PROPERTY AND**
**CASUALTY INSURANCE COMPANY**                                    **DEFENDANT**

### ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That Nationwide Property and Casualty Insurance Company's motion [218] for summary judgment is **DENIED**.

**SO ORDERED** this 19th day of February, 2010.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE